UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| ELSIE JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY PUBLIC UTILITY DISTRICT NO. 1, a publicly owned utility district of Chelan County, a county existing under Washington law,<br><br>　　　　　　Defendant. | No. CV-12-369-CI<br><br>**ORDER OF DISMISSAL** |

　　The parties have stipulated for dismissal of the above-entitled matter with prejudice and without attorneys' fees and costs to any party, and have stipulated to the entry of this Order without further notice to any party. Accordingly,

　　**IT IS ORDERED** that the above-entitled matter is dismissed with prejudice and without attorneys' fees or costs to any party. The District Court Executive is directed to file this Order, provide copies to counsel for the parties, and close the file.

　　DATED January 14, 2013.

　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL - 1